UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 13, 2023**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Luis-Lopez, Jose | Docket No. | 0980 1:22CR02045-MKD-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW, Kyle Mowatt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Jose Luis-Lopez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 8th day of February 2023, under the following conditions:

**Special Condition No. 7:** Defendant shall submit to random urinalysis and Breathalyzer testing as directed by the United States Probation/Pretrial Service Office and shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

**Standard Condition No. 8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 8, 2023, the conditions of release were reviewed and signed by Mr. Luis-Lopez, acknowledging an understanding of his pretrial release conditions.

**Violation No. 2:** Mr. Luis-Lopez is alleged to be in violation of his pretrial release conditions by failing to report to Merit Resource Services (Merit) for a urinalysis (UA) on September 6, 2023.

On September 7, 2023, this officer received notification from Merit that Mr. Luis-Lopez failed to submit his colorline UA on September 6, 2023. This officer attempted to contact Mr. Luis-Lopez by telephone to address this issue, but was unsuccessful.

On September 11, 2023, this officer contacted Mr. Luis-Lopez and asked him why he did not provide a UA to Merit for his colorline on September 6, 2023. Mr. Luis-Lopez said he realized on September 7, 2023, that he missed the colorline and did not know what to do. This officer directed Mr. Luis-Lopez to report to the probation office on September 11, 2023, between 2 p.m. and 3 p.m. for a UA. Mr. Luis-Lopez said he would be there.

At approximately 2:34 p.m., Mr. Luis-Lopez reported to the probation office. Mr. Luis-Lopez provided a UA that was positive for delta-9-tetrahydrocannabinol (THC). This officer asked Mr. Luis-Lopez why he was not honest before the UA. Mr. Luis-Lopez said he did not want his girlfriend to know he consumed THC. Mr. Luis-Lopez said he last consumed THC on September 10, 2023. He also signed an admission form admitting to consuming THC on September 10, 2023. The UA sample was sent to the lab for THC baseline level.

**Violation No. 3:** Mr. Luis-Lopez is alleged to be in violation of his pretrial release conditions by consuming THC, on September 10, 2023.

Please refer to narrative found in Violation #2.

PS-8

Re: Luis-Lopez, Jose
September 13, 2023
Page 2

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH VIOLATION PREVIOUSLY REPORTED TO THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: September 13, 2023 |
| by | s/Kyle Mowatt |
|  | Kyle Mowatt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

September 13, 2023

Date