# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2023

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Luis-Lopez, Jose | Docket No. | 0980 1:22CR02045-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

  COMES NOW, Kyle Mowatt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Jose Luis-Lopez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 8th day of February 2023, under the following conditions:

**Special Condition No. 7:** Defendant shall submit to random urinalysis and breathalyzer testing as directed by the United States Probation/Pretrial Service Office and shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 8, 2023, the conditions of release were reviewed and signed by Mr. Luis-Lopez, acknowledging an understanding of his pretrial release conditions.

**Violation No. 1:** Mr. Luis-Lopez is alleged to be in violation of his pretrial release conditions by consuming delta-9-tetrahydrocannabinol (THC), on or before August 13, 2023.

On August 16, 2023, this officer conducted a home inspection at Mr. Luis-Lopez's residence. While at the residence, Mr. Luis-Lopez submitted a positive urinalysis for THC.  Mr. Luis-Lopez said he last consumed THC on August 13, 2023, but had consumed THC a few times over the past 2 weeks.

#### PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:  August 28, 2023 |
| by | s/Kyle Mowatt |
| | Kyle Mowatt<br>U.S. Pretrial Services Officer |

**Re: Luis-Lopez, Jose**
**August 28, 2023**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

August 28, 2023
Date