PS 8
(3/15)

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2023

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

| U.S.A. vs. | Luis-Lopez, Jose | Docket No. | 0980 1:22CR02045-MKD-1 |
|---|---|---|---|

### Amended Petition for Action on Conditions of Pretrial Release

COMES NOW, Kyle Mowatt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Jose Luis-Lopez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 8th day of February 2023, under the following conditions:

This report has been amended from the report submitted to the Court on August  28, 2023 (ECF 48), in the language pertaining to the alleged violation. Mr. Luis-Lopez is scheduled for a initial hearing on Monday, September 18, 2023, at 1:30 p.m.

**Standard Condition No. 8 (amended from ECF 48):** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 8, 2023, the conditions of release were reviewed and signed by Mr. Luis-Lopez, acknowledging an understanding of his pretrial release conditions.

**Violation No. 1:** Mr. Luis-Lopez is alleged to be in violation of his pretrial release conditions by consuming delta-9-tetrahydrocannabinol (THC), on or before August 13, 2023.

On August 16, 2023, this officer conducted a home inspection at Mr. Luis-Lopez's residence. While at the residence, Mr. Luis-Lopez submitted a positive urinalysis for THC.  Mr. Luis-Lopez said he last consumed THC on August 13, 2023, but had consumed THC a few times over the past 2 weeks.

PRAYING THAT THE COURT WILL UPHOLD THE SUMMONS AND ACCEPT THE ABOVE-NOTED MODIFICATIONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    September 18, 2023 |
| by | s/Kyle Mowatt |
|  | Kyle Mowatt U.S. Pretrial Services Officer |

PS-8

**Re: Luis-Lopez, Jose**
**September 18, 2023**
**Page 2**


THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other


_____

Signature of Judicial Officer

September 18, 2023
_____

Date